

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00101-CV
### No. 10-15-00108-CV

### IN THE INTEREST OF J.T., A CHILD
### AND
### IN THE INTEREST OF M.K., A CHILD

**From the 74th District Court**
**McLennan County, Texas**
**Trial Court Nos. 2013-2639-3 and 2013-154-3**

## ORDER

The above appeals are proceedings involving the Texas Department of Family and Protective Services that ordered the termination of the parent-child relationship between William K. and his children, J.T. and M.K. Nita Fanning was appointed by the trial court to represent William K. on appeal and in each appeal has filed a motion to withdraw and brief in support of her motion pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed.2d 493 (1967). This Court has not ruled on the pending

motions to withdraw. It has come to the attention of this Court that Nita Fanning has passed away.

Because William K. has the right to appointed counsel throughout his appeals to this Court, these proceedings must be abated for the trial court to appoint new counsel for William K. *See In re M.V.G.*, 285 S.W.3d 573 (Tex. App.—Waco 2009, order), *disp. on merits*, No. 10-09-00054-CV, 2010 Tex. App. LEXIS 1577 (Tex. App.—Waco Mar. 3, 2010, no pet.). Therefore, we abate these appeals for the trial court to appoint new counsel to represent William K. Because these are accelerated appeals, any hearing should be conducted within fourteen days of this Order. Any orders signed by the trial court shall be included in a supplemental clerk's record. New appellate counsel will have fourteen days after appointment by the trial court to advise this Court in writing of counsel's intent to adopt the motions to withdraw and briefs in support of the motions to withdraw pursuant to *Anders* or to file a new brief on the merits with this Court in each appeal. If counsel intends to file a new brief on the merits, because of the length of time these appeals have been pending the brief must be filed within thirty days of counsel's appointment and motions for extension will be highly disfavored. *See* TEX. R. JUD. ADMIN. 6.2(a).

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeals abated
Order delivered and filed September 3, 2015

